UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTHADDEUS J. LASTER,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. EDCV 13-949-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the entire file, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: May 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge